**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Raul Rodriguez v. The State of Texas

Appellate case number:   01-12-00688-CR

Trial court case number:  1348372

Trial court:                    178th District Court of Harris County

      The State has filed a "Motion to Exceed Word Limit," along with its 35,112-word brief, requesting that this Court accept the brief although it exceeds the 15,000 word limit set by the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.4(i)(2)(B). We previously granted the appellant's motion to exceed the word limit by 10,000 words, for a total of 25,000 words. *See* TEX. R. APP. P. 9.4(i)(4).

      We DENY the State's motion and STRIKE the State's brief for failure to comply with Texas Rule of Appellate Procedure 9.4(i)(2)(B). *See* TEX. R. APP. P. 9.4(i)(2), (j). We ORDER the State to file a brief within 30 days of the date of this order containing no more than 25,000 words. *See* TEX. R. APP. P. 9.4(i)(4). No extensions of time to file the brief will be granted. *See* TEX. R. APP. P. 38.6(d).

      It is so ORDERED.


Judge's signature: /s/ Rebeca Huddle
               ☑ Acting individually    ☐ Acting for the Court


Date: October 3, 2013